IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Quality First Roofing, Inc., a Nebraska corporation, | ) ) ) | CASE NO. 8:13CV321 |
| Plaintiff/Counter Defendant, | ) ) ) | |
| vs. | ) ) ) | **ORDER** |
| Cedar Valley Exteriors, Inc., a Delaware limited partnership, | ) ) ) ) | |
| Defendant/Counter-Cross Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| JOSE A. GONZALEZ, | ) ) ) | |
| and | ) ) ) | |
| CRISTIAN A. GONZALEZ, | ) ) ) | |
| Cross-Defendants. | ) | |

This matter is before the Court pursuant to the parties' Stipulated Motion to Extend Expert Disclosure Deadlines, filed on or about July 23, 2014 (Filing No. 33). The Court has reviewed the parties' Stipulation and finds that the expert disclosure deadlines should be amended as requested.

ACCORDINGLY, IT IS HEREBY ORDERED that the parties' Stipulated Motion to Extend Expert Disclosure Deadlines is adopted and approved, and the Final Progression Order is amended consistent with the requested deadlines set forth in the parties' Stipulated Motion.

Dated this 29th day of, 2014.

BY THE COURT:

By: *[signature]*
United States Magistrate Judge