IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUALITY FIRST ROOFING, INC., a Nebraska corporation;<br><br>          Plaintiff,<br><br>     vs.<br><br>CEDAR VALLEY EXTERIORS, INC., a Minnesota corporation;<br><br>          Defendant. | 8:13CV0321<br><br>**ORDER** |

The parties advised the Court that the case was moving as scheduled and a telephone conference was not necessary.

IT IS ORDERED that:

The telephone conference scheduled for 3/3/15 at 9:30 a.m. is canceled.

Dated this 3rd day of March, 2015

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge